DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

EDWARD BRYAN WRIGHT, JR.,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-0282

_____

February 20, 2026

Appeal from the Circuit Court for Pasco County; Mary Morrissey
Handsel, Judge.

Blair Allen, Public Defender, and Kimberly Nolen Hopkins, Assistant
Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Laura Dempsey,
Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

     Affirmed.

MORRIS, BLACK, and SMITH, JJ., Concur.

_____

Opinion subject to revision prior to official publication.